UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16 CV22191-Martinez/Goodman

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEO GALBAN,

    Defendant.

FILED by AJS D.C.

JUL 01 2016

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## ANSWER

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Leo Galban, defendant, files this Answer and states:

1. I am without knowledge as to the allegations of Paragraph 1 of the Complaint.

2. I admit the allegations as to Paragraph 2 of the Complaint.

3. I deny the allegations of Paragraph 3 and 4 of the Complaint.

4. I never entered applied for a Promissory Note with First America Savings Bank.

5. The social security number on the alleged application for the promissory note in question is not my social security number.

6. I never received funds from First America Savings Bank.

7. I never endorsed a check from First America Savings Bank.

8. I never attended Miami Technical College.

9. I never graduated from high school nor received a General Equivalency Diploma. I never applied to attend Miami Technical College, nor would I have qualified to do so.

10. I was a minor on the date that the alleged promissory note was signed and unable to legally enter into a binding contract, even if I had wanted to enter into a contract.

DATED this 30 day of June, 2016.

Respectfully submitted,

_____
Leo Galban, Defendant
15935 SW 82 St
Miami, FL  33193
305-606-8909
prestigetops@bellsouth.net

A copy has been provided to Steven M. Davis, Esq., Becker & Poliakoff, PA, 121 Alhambra Plaza, 10th Floor, Coral Gables, FL  33134 by U.S. Mail/email/fax on this 30 day of June, 2016.

_____
Leo Galban