UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-CV-22191-MARTINEZ-GOODMAN

UNITED STATES OF AMERICA
    Plaintiff(s),
v.

LEO GALBAN
    Defendant(s).
_____/

**ORDER SETTING PRELIMINARY STATUS CONFERENCE**

This cause is set for a telephonic status conference before the Undersigned for **August 4, 2016 at 10:00 a.m.** No counsel shall appear in person. **Counsel shall contact the Court within at least 5 minutes prior to the hearing time of 10:00 a.m.** by calling the following toll-free number:

1. **1-888-684-8852;**

2. **Enter Access Code Number 8004594 followed by the # sign; and**

3. **Enter Security Code Number 1213 followed by the # sign.**

Counsel is advised that other attorneys from other cases will be attending the telephonic conference at the same time. The Undersigned shall take a short role call at the beginning of the conference. The conference should not last more than fifteen to twenty minutes. **Cell phone use is NOT permitted.** Counsel shall phone in timely to the conference call. Attorneys who phone in late, even by one or two minutes, will likely miss some of the substantive comments.

**DONE AND ORDERED** in Chambers, Miami, Florida on July 21, 2016.

／s／ Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to**:
The Honorable Jose E. Martinez
All counsel of record