UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:16-CV-22191-JEM

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
v.                          )
                            )
LEO GALBAN,                 )
                            )
            Defendant.      )

## RESPONSE TO SHOW CAUSE

Plaintiff, UNITED STATES OF AMERICA, by and through undersigned counsel, hereby files this Response to the Court's Order to Show Cause [D.E. # 10] regarding Plaintiff's failure to appear at a telephonic conference:

1. On July 21, 2016, the Court scheduled a telephonic conference to take place on August 4, 2016 at 10:00 AM before Magistrate Judge Jonathan Goodman.

2. The undersigned counsel inadvertently deleted the email setting the telephone conference while checking emails on his mobile device and never saw the notice for the telephone conference.

3. Counsel apologizes and will be more careful when using his mobile device.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court not impose sanctions, and to please reschedule a call to take place at a future date and time.

Dated: August 4, 2016                    Respectfully submitted,
       Miami, Florida

                                         _____
                                         Steven M. Davis, (Florida Bar No. 894249)
                                         Email: sdavis@becker-poliakoff.com
                                         Becker & Poliakoff, P.A.
                                         121 Alhambra Plaza, 10th Floor
                                         Coral Gables, FL 33134
                                         Telephone: (305)262-4433

Facsimile: (305) 442-2232
Attorneys for Plaintiff United States of America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Regular US Mail to Leo Galban, 15935 SW 82ND Street, Miami, FL 33193, on the 4 day of August, 2016.

*[signature]*

Steven M. Davis

ACTIVE: 8825173_1