UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-22191-MARTINEZ-GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v

LEO GALBAN,

    Defendant.
_____/

**MOTION TO CONTINUE AND INCORPORATED MEMORANDUM OF LAW**

    PLAINTIFF, UNITED STATES OF AMERICA, by and through its undersigned attorney hereby files this Motion to Continue and states as follows:

    1.    On July 21, 2016 the Court scheduled a telephone conference to take place before Magistrate Judge Jonathan Goodman on August 4, 2016 at 10:00 AM. [D.E. #9]

    2.    Plaintiff inadvertently missed the conference.

    3.    On August 5, 2016 the Court rescheduled the telephone conference to August 12, 2016. [D.E. #13]

    4.    Plaintiff will be out of State and without phone service from August 9, 2016 through August 18, 2016 and therefore will be unable to attend the rescheduled telephone conference.

    5.    It is respectfully requested that the conference be rescheduled for a date after August 18, 2016.

**MEMORANDUM OF LAW**

    Consideration of a Motion for Continuance is within the broad discretion of the District Court and will not be overturned unless arbitrary or unreasonable. See <u>Rink v. Cheminova, Inc</u>., 400 F.3d 1286 (11th Circuit 2005).

    When reviewing denials of continuances, the Appellate Court considers:

(1)     The moving party's diligence in its efforts to ready its case prior to the date set for hearing;

(2)     The likelihood that the need for a continuance would have been remedied had the continuance been granted;

(3)     The extent to which granting the continuance would have inconvenienced the court and the opposing party; and

(4)     The extent to which the moving party might have suffered harm as a result of the District Court's denial.

Id. at 1296.

WHEREFORE Plaintiff respectfully requests that this Court reschedule the telephone conference.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Regular U.S. Mail to Leo Galban, 15935 SW 82 Street, Miami, FL 33193 this 8 day of August, 2016.

BECKER & POLIAKOFF, P.A.
Attorneys for Plaintiff
121 Alhambra Plaza, 10th Floor
Coral Gables, Florida 33134
305/262-4433 (Dade)
954/463-7920 (Broward)
305/442-2232 (Facsimile)

By: _____
Steven M. Davis
Florida Bar No. 894249

ACTIVE: 8832602_1